IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON, )
)
              Plaintiff, )
)
v. ) Case No. 2:25-cv-02199-TC-ADM
)
HON. ERIC W GODDERZ )
(Individual and official capacity) )
              Defendants. )
_____)

## NOTICE OF ADDRESSES FOR SERVICE PURPOSES

Hon. Eric W Godderz
(Official Capacity)
c/o Kansas Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

Eric W. Godderz
(Individual Capacity)
100 E 4th Ave.,
Garnett, KS 66032

 

_____
Angeliina Lynn Lawson
1914 5th Ave
Leavenworth, KS 66048
Telephone: (913) 972-1661
AngeliinaCourtRecords@gmail.com

Dated: April 15, 2025