UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON, Plaintiff,
vs.
HON. ERIC W. GODDERZ (in his individual and official capacity),

STATE OF KANSAS, Defendants.

Case No: 2:25-cv-02199-TC-ADM

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 'ANDERSON COUNTY FOURTH DISTRICT COURT'

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Angeliina Lynn Lawson, appearing pro se, hereby voluntarily dismisses Defendant 'Anderson County Fourth District Court' from this action without prejudice.

This dismissal is limited solely to the named entity 'Anderson County Fourth District Court' and does not affect the claims against the remaining Defendants, including Eric W. Godderz in his individual and official capacities, and the State of Kansas as the public entity responsible for Title II ADA compliance and access to the courts.

Plaintiff makes this dismissal in recognition of the procedural limitations regarding non-person entities under 42 U.S.C. § 1983 and reserves all rights to pursue relief against appropriate public entities and officials in their individual or official capacities.

Respectfully submitted,                                         Date: April 18, 2025

Angeliina Lynn Lawson
Pro Se Plaintiff
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
(913) 972-1661