UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON, Plaintiff,

vs.

HON. ERIC W. GODDERZ (in his individual and official capacity),

STATE OF KANSAS, Defendants.

Case No: 2:25-cv-02199-TC-ADM

## NOTICE OF LACK OF ACCESS TO STATE COURTS AND SUPPLEMENT TO FEDERAL CLAIMS

Comes now the Plaintiff, Angeliina Lynn Lawson, and respectfully submits this notice and supplement to the Court to clarify that she does not have meaningful access to the Kansas state court system due to sustained procedural and ADA-related barriers.

1. Plaintiff has repeatedly attempted to access relief through state court proceedings involving her parental rights, ADA accommodations, and due process protections. However, the Fourth Judicial District Court has systematically denied all ADA accommodation requests, including communication supports, Zoom access, breaks for disability triggers, recording assistance, and DCF recommendation for CASA access for her minor child.

2. On April 18, 2025, Chief Judge Taylor J. Wine of the Anderson County District Court issued a formal letter denying all 11 accommodation requests submitted by Plaintiff. This letter confirms that the state judiciary has rejected Plaintiff's ADA requests and thereby obstructed her ability to participate in court proceedings on equal terms.

3. These denials occurred in conjunction with ongoing acts of retaliation and obstruction from Defendant Judge Eric Godderz, including ignoring hearing requests, refusing to hold a hearings to change venue, and sustaining a pattern of denying motions without fair review.

4. These developments further support Plaintiff's claim that she is being denied meaningful access to state court, and that any argument for exhaustion of state remedies is rendered moot by the unconstitutional and retaliatory conduct described in her federal complaint.

5. Plaintiff respectfully requests that this Honorable Court take judicial notice of this material development and allow this supplement to serve as formal documentation in support of the ongoing claims under Title II of the ADA and 42 U.S.C. § 1983.

Respectfully submitted,                    Date April 18, 2025

*[signature]*

Angeliina Lynn Lawson
Pro Se Plaintiff

1914 5th Ave
Leavenworth, KS 66048
AngeliinaLawson@gmail.com


Attached: 2020DM131 Lawson.PDF