IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff,

Case No. 2:25-cv-02199-TC-ADM

v.

HON. ERIC GODDERZ, in his individual and official capacities,
CHIEF JUDGE TAYLOR J. WINE (in his individual and official capacity),
HON. JOHN BRYANT (in his individual and official capacity),

STATE OF KANSAS,
Defendants.

JURY TRIAL DEMANDED

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND PRESERVE PENDING FILINGS

COMES NOW Plaintiff, Angeliina Lynn Lawson, appearing pro se, and respectfully moves this Court to accept the filing of her First Amended Complaint and to preserve all previously submitted filings related to her pending Motion for IFP, Motion Ex parte Temporary Restraining Order (TRO), including accompanying declarations, memoranda, and legal theory filings, under the authority of Federal Rule of Civil Procedure 15(a)(1)(B).

### I. PURPOSE OF AMENDMENT

Plaintiff submits this First Amended Complaint as of right and within the allowed period under Fed. R. Civ. P. 15(a). The amendment reflects factual developments since the original filing, clarifies parties and legal claims, and incorporates additional constitutional counts including but not limited to an unlawful taking under the Fifth Amendment and expansion of ADA retaliation and access-to-court violations.

### II. PRESERVATION OF PENDING TRO and IFP FILINGS

Plaintiff respectfully requests that all previously submitted filings in support of the pending IFP and TRO—including the Verified Complaint, Declaration filed April 14, 2025, Supplemental Declaration filed April 16, 2025, Memorandum of Law filed April 16, 2025, Verified Declaration filed April 17, 2025, Motion for TRO filed April 18, 2025, Voluntary Dismissal, and accompanying Notice of ADA Access—be preserved and carried over as applicable to this First Amended Complaint, and not treated as moot.

## III. LEGAL STANDARD

Under Rule 15(a)(2), leave to amend should be freely given when justice so requires. See *Foman v. Davis*, 371 U.S. 178, 182 (1962). Plaintiff's proposed amendment is not made in bad faith, does not prejudice Defendants, and is necessary to reflect both procedural exhaustion and the evolving factual pattern of judicial misconduct.

## IV. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. GRANT this Motion for Leave to File First Amended Complaint;
2. PRESERVE the existing record and consider all TRO-related filings applicable to the amended pleading;
3. INCORPORATE the attached legal theory memorandum as supplemental legal authority for the amended complaint;
4. GRANT such other and further relief as this Court deems just and proper.

Respectfully submitted,                                    Dated: April 19, 2025

_____
Angeliina Lynn Lawson

Pro Se Plaintiff

AngeliinaCourtRecords@gmail.com

## CERTIFICATE OF SERVICE

I certify that on April 20, 2025, I will fax, mail, or email a true and correct copy of this Motion for Leave to File First Amended Complaint, with all attached exhibits, to all parties:

_____
Angeliina Lynn Lawson
Pro Se Plaintiff