IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
    Plaintiff,

v.                                        Case No. 2:25-cv-02199

HON. ERIC GODDERZ, (in his individual and official capacities),
CHIEF JUDGE TAYLOR J. WINE (in his individual and official capacity),
HON. JOHN BRYANT (in his individual and official capacity),

STATE OF KANSAS,
    Defendants.

                                              JURY TRIAL DEMANDED

## SUPPLEMENTAL NOTICE OF JUDICIAL INTERFERENCE, DISCOVERY SUPPRESSION, AND RETALIATORY QUASHING OF SUBPOENAS

Plaintiff Angeliina Lynn Lawson, pro se, submits this supplemental notice to the Court to document new developments that directly support her claims of ADA retaliation, denial of access to the courts, and systemic obstruction of justice under color of law. This filing concerns recent actions taken by the Kansas Office of Judicial Administration and the Leavenworth County District Court in Case No. LV2025CV70, where Plaintiff is actively litigating claims of due process violations and retaliation.

1. On April 21, 2025, the Kansas Office of Judicial Administration entered a Special Appearance in the state case, solely to contest non-party subpoenas Plaintiff lawfully served to the Fourth Judicial District Clerk's Office and ADA Coordinators.

2. On April 21, 2025, the same judge Bryant in LV2025CV70 issued a SECOND STAY on all discovery, specifically quashing Plaintiff's non-party subpoenas—despite ADA allegations being central to the case and the stay having been previously lifted.

3. These subpoenas were narrowly tailored to uncover ADA denial records, internal communications related to the suppression of court access, and to determine the extent of

state involvement in blocking accommodations.

4. The Motion to Quash, entered by the state, demonstrates coordinated effort to restrict Plaintiff's ability to collect material evidence relating to federally protected rights under the ADA and the Due Process Clause.

5. This interference constitutes direct retaliation for Plaintiff's civil rights litigation and demonstrates an attempt by state officials to suppress evidence of unconstitutional conduct through procedural manipulation.

This notice is provided to support Plaintiff's pending TRO motion and to demonstrate active retaliation in the form of institutional obstruction of discovery. Plaintiff reserves the right to submit the stay order, motion to quash, and state filings as formal exhibits in this action.

Plaintiff respectfully requests this Court to consider this filing as further evidence of Dolus Malus—fraudulent intent cloaked in legal form—used by state agents to conceal ADA violations and retaliate against a disabled litigant seeking redress in federal court.

Respectfully submitted,　　　　　　　　　　　　　　　　Date: April 21, 2025

Angelina Lynn Lawson
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 21, 2025, I will fax, mail, or email a true and correct copy of this SUPPLEMENTAL NOTICE OF JUDICIAL INTERFERENCE, with all attached exhibits, to all parties:

Angelina Lynn Lawson
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 21, 2025, I will fax, mail, or email a true and correct copy of this INDEX OF EXHIBITS TO SUPPLEMENTAL FILING, with all attached exhibits, to all parties:

*[signature]*

Angelina Lynn Lawson
Pro Se Plaintiff