IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
    Plaintiff,
v.                                              Case No. 2:25-cv-02199

HON. ERIC GODDERZ, (in his individual and official capacities),
CHIEF JUDGE TAYLOR J. WINE (in his individual and official capacity),
HON. JOHN BRYANT (in his individual and official capacity),

STATE OF KANSAS,
Defendants.

JURY TRIAL DEMANDED

## DECLARATION OF ANGELIINA LYNN LAWSON IN SUPPORT OF AUTHENTICITY OF EXHIBITS

I, Angeliina Lynn Lawson, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Plaintiff in the above-captioned action. I make this declaration based on my personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I am submitting the following exhibits as part of a supplemental federal notice related to judicial interference, discovery suppression, and ADA retaliation occurring in my state civil jury trial case, LV2025CV70, pending in Leavenworth County, Kansas.

3. The documents labeled as Exhibits A through E are true and correct copies of official records filed and entered into the docket of LV2025CV70 and reflect procedural actions taken by the Kansas Office of Judicial Administration and the District Court.

4. These documents are maintained in my possession as part of my litigation records and are submitted to this Court to substantiate claims made in my supplemental filing concerning retaliatory efforts to obstruct ADA-related discovery and evidence gathering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2025.

Respectfully submitted,

Angeliina Lynn Lawson
Pro Se Plaintiff