IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
    Plaintiff,

v.

Case No. 2:25-cv-02199

HON. ERIC GODDERZ, (in his individual and official capacities),
CHIEF JUDGE TAYLOR J. WINE (in his individual and official capacity),
HON. JOHN BRYANT (in his individual and official capacity),

STATE OF KANSAS,
Defendants.

JURY TRIAL DEMANDED

## INDEX OF EXHIBITS TO SUPPLEMENTAL FILING

Exhibit A: Motion to Quash Subpoenas filed by the Office of Judicial Administration in LV2025CV70.

Exhibit B: Special Entry of Appearance by the Kansas Office of Judicial Administration.

Exhibit C: Second Order Staying Discovery on Non-Party Subpoenas issued by the judge in LV2025CV70.

Exhibit D: Journal Entry Regarding Plaintiff's Motion to Compel Deposition of Defendant (LV2025CV70).

Exhibit E: Journal Entry Regarding Status of the Case (LV2025CV70).

Respectfully submitted,

Date: April 21, 2025

Angeliina Lynn Lawson
Pro Se Plaintiff
Date: April 21, 2025