IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS

Exhibit B

ANGELIINA LYNN LAWSON,

    Plaintiff,

vs.          Case No. LV-2025-CV-000070

JONATHAN DAVID LAWSON,

    Defendant.

## SPECIAL ENTRY OF APPEARANCE

COMES NOW the Kansas Supreme Court Office of Judicial Administration and enters its special appearance in the above-entitled matter for the sole purpose of allowing access to the electronic filing system to view documents and receive electronic notices with respect to subpoenas served upon the Anderson County District Court Clerk (Fourth District Court County Clerk), the ADA Coordinator for the 4th Judicial District, and the ADA Coordinator for the Kansas Supreme Court. This is not intended to be a general entry of appearance as referenced in K.S.A. 60-203(c). All defenses are reserved, including but not limited to any relating to service or service of process. Filing of this Special Entry of Appearance should not be construed as having the same effect as service.

        Respectfully submitted,

        /s/ John T. Houston
        John T. Houston #16552
        Assistant General Counsel
        Office of Judicial Administration
        301 SW 10th Ave
        Topeka, Kansas 66612
        (785) 230-3771 cell
        john.houston@kscourts.gov
        *Attorneys for Anderson County District Court Clerk, 4th JD ADA Coordinator, ADA Coordinator for Kansas Supreme Court*

Certificate of Service

On the 21st day of April 2025, I caused a true and correct copy of the above and foregoing Special Entry of Appearance to be filed with the Clerk of the District Court and served upon the following parties by first class mail, postage prepaid and addressed to:

Angeliina Lawson
1914 5th Ave.
Leavenworth, KS 66048
*Plaintiff*

Joseph A. DeWoskin
Attorney at Law
827 Armstrong Ave, Ste 203
Kansas City, KS 66101
*Attorney for Defendant*

/s/ John T. Houston
John T. Houston #16552