

Exhibit D

| | |
|---|---|
| **Court:** | Leavenworth County District Court |
| **Case Number:** | LV-2025-CV-000070 |
| **Case Title:** | Angeliina Lynn Lawson vs. Jonathan David Lawson |
| **Type:** | ORD: Order Originated by Judge JOURNAL ENTRY REGARDING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANT |

SO ORDERED,

/s/ Honorable John Bryant, District Court Judge

Electronically signed on 2025-04-21 12:31:31    page 1 of 2

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS

Angeliina Lynn Lawson,  )
Plaintiff,  )
  )
 vs.  )     Case No(s). LV-2025-CV-000070
  )
Jonathan David Lawson,  )
Defendant.  )

## JOURNAL ENTRY REGARDING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANT

NOW ON THIS 21st day of April 2025, this matter comes before the court on Plaintiff's Motion to Compel Deposition of Defendant. Plaintiff is pro se. Defendant is represented by Joseph A. DeWoskin. There are no appearances.

On April 18, 2025, Plaintiff filed her Motion to Compel Deposition of Defendant. There has been no response, however, the time to respond has not run. The court believes that it is prudent to address this issue as soon as possible due to the tentative scheduling of the Case Management Conference. This Journal Entry does not constitute a final order on this issue.

It appears from the record that Defendant was served a Summons to appear on April 11, 2025, at 3:00 PM for a deposition in this matter. There was no motion to quash the subpoena filed. Further, the Motion to Dismiss was also not on file. Plaintiff alleges that Defendant failed to appear at that time.

To the extent that Plaintiff mentions the stay ordered by the court on April 10, 2025, that stay did not affect the subpoena requiring Defendant to appear. The stay ordered by the court was clearly directed only to non-party compliance with subpoenas.

The court reserves the right to order sanctions and an Order to Compel Deposition of Defendant until such time as the issue of jurisdiction has been resolved.

IT IS SO ORDERED.