| | |
|---|---|
| ANGELIINA LYNN LAWSON, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HON. ERIC W. GODDERZ, et al., ) | |
| Defendants. ) | Filed: April 25, 2025 |

## ADDENDUM TO EXHIBITS IN SUPPORT OF SUPPLEMENTAL TRO MOTION

Plaintiff, Angeliina Lynn Lawson, submits the following additional exhibits in support of her Supplemental Statement in Support of Temporary Restraining Order (filed April 25, 2025), demonstrating continued retaliatory and deceptive conduct by Defendant Judge Eric W. Godderz and the Anderson County District Court.

## EXHIBIT F – Email from Former Attorney Containing Judicial Communication

This exhibit consists of an April 24, 2025 email from Plaintiff's former attorney, Ronald Wood, forwarding an internal communication or directive from Judge Eric W. Godderz denying the motion to withdraw. This communication:

- Was **never docketed or filed** in the court record,
- Was **withheld from Plaintiff,** who is now pro se,
- And establishes **secret judicial action outside of public process**, denying Plaintiff the ability to proceed independently.

The document demonstrates a pattern of behind-the-scenes directives and docket concealment, in violation of due process and transparency standards.

## EXHIBIT G – April 24, 2025 Pleadings History (2020-DM-131)

This exhibit is the official docket history from Anderson County District Court as of April 24, 2025. It confirms that:

- No entry appears reflecting the judge's denial of the motion to withdraw,
- No hearing was scheduled, noticed, or adjudicated on the record,
- No public disclosure was made of the judicial directive affecting Plaintiff's representation status.

The absence of these entries further supports Plaintiff's claim of **fraud on the court**, intentional obstruction of access, and retaliatory suppression of pro se rights following the initiation of this federal action.

Plaintiff respectfully incorporates these exhibits as part of the federal record and requests the Court take judicial notice of their relevance to the ongoing request for injunctive relief.

**Authentication of Documents:**
I, Angeliina Lynn Lawson, hereby declare under penalty of perjury that the attached documents are true and correct copies of correspondence, pleadings history, email communications, and court-generated records that I personally received or accessed from official sources. These materials were not altered and are maintained in their original format to the best of my ability. I affirm that each exhibit accurately reflects its source and is submitted for the purpose of evidentiary authentication pursuant to Federal Rule of Evidence 901 and applicable procedural rules.

Respectfully submitted,                                                          Dated: April 25, 2025

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson
Pro Se Plaintiff
AngeliinaCourtRecords@gmail.com


**CERTIFICATION UNDER RULE 65(b)(1)(B):**

Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B), Plaintiff hereby certifies that notice of this motion for ex parte emergency relief has not been provided to Defendants due to (1) the urgent nature of the constitutional harm, (2) the demonstrated pattern of retaliatory conduct and obstruction once litigation activity is discovered, and (3) the risk of further suppression or spoliation of evidence if prior notice were given. Plaintiff will serve a copy of this motion upon the Defendants promptly if directed by the Court or upon issuance of any relief requiring compliance.

Respectfully submitted,                                                          Dated: April 25, 2025

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson
Pro Se Plaintiff
AngeliinaCourtRecords@gmail.com