

Angeliina Lawson <angeliinalawson@gmail.com>

# FW: Courtesy NEF RE: 2020-DM-000131

**Ronald Wood** <ronwood@ronaldwoodlaw.com>  Thu, Apr 24, 2025 at 12:40 PM
To: "Angeliina Lawson (angeliinalawson@gmail.com)" <angeliinalawson@gmail.com>

**From:** ks_efile_noreply@kscourts.gov <ks_efile_noreply@kscourts.gov>
**Sent:** Thursday, April 24, 2025 12:11 PM
**To:** Ronald Wood <ronwood@ronaldwoodlaw.com>
**Cc:** Ashley Lowe <ashley@ronaldwoodlaw.com>
**Subject:** Courtesy NEF RE: 2020-DM-000131

***** IMPORTANT NOTICE - READ THIS INFORMATION *****

NOTICE OF ELECTRONIC FILING [NEF]

**A filing has been submitted to the court RE:** 2020-DM-000131

**Judge:** Judge Honorable Eric W Godderz - Division EGODDERZ

| | |
|---|---|
| **Official File Stamp:** | 04-24-2025:12:08:52 |
| **Court:** | State of Kansas |
| | Anderson County District Court |
| **Case Title:** | In the Matter of the Marriage of Jonathan David Lawson vs Angeliina Lynn Lawson |

| | |
|---|---|
| **Document(s) Submitted:** | Judicial Rejection Order Permitting Withdrawal and Notice of Hearing |
| **Filed By:** | Eric W Godderz |
| **Note from the Court:** | in light of the recent filings and the issues involved in the case, the Court will not approve the order until the hearing date as presently set. I will address this motion first. |

This notice was automatically generated by the courts auto-notification system.

**The following people were served electronically:**

Ronald Phillip Wood for Angeliina Lynn Lawson

Honorable Eric W Godderz

Jennifer Elizabeth Spangler for Angeliina Lynn Lawson

Andrew Lee Bolton for Dal Lawson

Breanne Christine Hendricks Poe for Jonathan David Lawson

Randall John Abrams-Wharton for Jonathan David Lawson

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**