IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

Plaintiff,

v.

Hon. ERIC W. GODDERZ,

Hon. TAYLOR J. WINE,

Hon. JOHN BRYANT (in their official and individual capacities),

and STATE of KANSAS,

Defendants.

                                                     Case No. 2:25-cv-02199-TC-TJJ
                                                     Hon. Toby Crouse, District Judge
                                                     Magistrate Judge Teresa J. James

                                                                        JURY DEMAND

## SUPPLEMENTAL NOTICE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES FOR TRO

COMES NOW Plaintiff, Angeliina Lynn Lawson, Pro Se, and submits this Supplemental Notice to further document exhaustion of administrative remedies and the futility of alternative relief avenues, in support of her claims under 42 U.S.C. § 1983, Title II of the ADA, and related constitutional violations.

1. On or about Dec 19, 2024, Plaintiff engaged in extensive discussions with representatives of the Federal Bureau of Investigation (FBI) regarding systemic ADA violations, judicial misconduct, and deprivation of access to the courts under color of law.
2. On April 25, 2025, FBI agent Bryan responded via email, stating only:

"Received. Please keep in mind my guidance from our extensive discussion on April 8th. I continue to encourage you to have an attorney to guide you through the litigation and help you understand all the decisions and your appeal rights." (Exhibit H)

3. The FBI's response failed to address, acknowledge, or investigate the underlying constitutional and statutory violations presented, despite Plaintiff providing specific evidence of ADA discrimination, judicial fraud, procedural sabotage, and systemic denial of access to court processes.
4. The FBI's passive response effectively confirms that no meaningful administrative remedy is available to Plaintiff at the federal investigatory level, and that further pursuit of internal grievance mechanisms would be futile.
5. Plaintiff submits this correspondence as additional evidence that she has exhausted reasonable administrative channels for relief, and that federal judicial intervention is now necessary to prevent irreparable harm and ongoing constitutional deprivation.

WHEREFORE, Plaintiff respectfully asks that the Court take judicial notice of this Supplemental Notice as further grounds for denying any abstention or dismissal arguments based on premature claims or failure to exhaust remedies.

Respectfully submitted,

Dated: April 26, 2025

Angeliina Lynn Lawson

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2025, I electronically filed the foregoing document entitled " **SUPPLEMENTAL NOTICE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES FOR TRO"** with the Clerk of the Court for the United States District Court for the District of Kansas.

Because this is an ex parte emergency motion, no service has been made upon the Defendants or their counsel at this time. Plaintiff respectfully requests the Court to rule on the motion prior to requiring service, pursuant to the applicable Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: April 26, 2025

Angeliina Lynn Lawson
Pro Se Plaintiff