

## Re: [EXTERNAL EMAIL] - Re: Formal Color of Law Complaint 4th District of KS

**Bryan Witt** <bwitt@fbi.gov>                                    Mon, Apr 28, 2025 at 8:02 AM
To: Angeliina Lawson <angeliinalawson@gmail.com>
Cc: "angeliinacourtrecords@gmail.com" <angeliinacourtrecords@gmail.com>

Received.  Please keep in mind my guidance from our extensive discussion on April 8th. I continue to encourage you to have an attorney to guide you through the litigation and help you understand all the decisions and your appeal rights.

**From:** Angeliina Lawson <angeliinalawson@gmail.com>
**Sent:** Saturday, April 26, 2025 4:35:46 PM
**To:** Witt, Bryan (KC) (FBI) <bwitt@fbi.gov>
**Cc:** angeliinacourtrecords@gmail.com <angeliinacourtrecords@gmail.com>
**Subject:** Re: [EXTERNAL EMAIL] - Re: Formal Color of Law Complaint 4th District of KS

[Quoted text hidden]