# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

ANGELIINA LYNN LAWSON,

        Plaintiff,

v.                                   Case No: 25-cv-2199-JWB

ERIC W. GODDERZ,
STATE OF KANSAS,
TAYLOR J. WINE,
JOHN BRYANT,

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed October 29, 2025, the court ADOPTS the R&R (Doc. 20) and DISMISSES the instant action.

 October 29, 2025                            SKYLER B. O'HARA
     Date                                         CLERK OF THE DISTRICT COURT

                                                by:     s/ Joyce Roach
                                                              Deputy Clerk