IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

Plaintiff,

v.

ERIC W. GODDERZ, et al.,

Defendants.

Case No. 2:25-cv-02199

TRIAL BY JURY DEMANDED

NOTICE OF APPEAL

Notice is hereby given that Plaintiff Angeliina Lynn Lawson, proceeding pro se and in forma pauperis, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the following:

1. The Memorandum and Order entered on October 29, 2025 (ECF 33), denying Plaintiff's Motion for Protective Reassignment (ECF 24), denying Plaintiff's Motion to Vacate the Strike of Supplemental Pleading (ECF 28), adopting the Report and Recommendation (ECF 20), and dismissing the case in full;

2. The associated Clerk's Judgment entered the same day, October 29, 2025 (ECF 34);

3. All underlying orders, omissions, and procedural inactions that led to the constructive denial of Plaintiff's constitutional, statutory, and ADA rights, including the Court's failure to rule on:

    - Plaintiff's Motion for TRO (ECF 5),
    - Petition for Habeas Corpus and Emergency Relief (ECF 15),
    - Motion to Expedite TRO (ECF 17),
    - Motion to Show Cause (ECF 31), and
    - Failure to issue summons under Rule 4(c)(3) despite IFP being granted (ECF 19).

This appeal includes issues related to structural judicial bias, ADA retaliation, suppression of filings, improper post-referral rulings by Magistrate Judge Teresa J. James, and violations of Plaintiff's rights under the First, Fifth, and Fourteenth Amendments, and Title II of the Americans with Disabilities Act.

Plaintiff preserves all rights under 28 U.S.C. §§ 1291, 1292(b), and 1651, Fed. R. Civ. P. 60(b), and the Constitution of the United States.

Respectfully submitted,                                          Dated: October 29, 2025

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson, Pro Se

1914 5th Avenue, Leavenworth, KS 66048

CERTIFICATE OF SERVICE

I certify that on October 29, 2025, I filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system. No defendants have been served in this matter due to the Court's failure to issue summons under Fed. R. Civ. P. 4(c)(3); therefore, no further service is required at this time.

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson